**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6168**

———————

COLECO TAYLOR BEST,

              Plaintiff - Appellant,

         v.

TRAVIS R. SPARKS; MATT MILLER; CHUCK ARNOLD; AARON CANTWELL;
JERIMEE HOOKER; DEPUTY HOWELL; CHRIS WORTH; MICHAEL DAWSON;
BRIAN DAWSON; CHARLES SHAEFFER,

              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge.  (5:13-ct-03140-FL)

———————

Submitted:  March 27, 2014          Decided:  April 1, 2014

———————

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior
Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Coleco Taylor Best, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Coleco Taylor Best appeals the district court's order dismissing as frivolous his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Best v. Sparks, No. 5:13-ct-03140-FL (E.D.N.C. Jan. 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED